UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM TUNSTALL, JR., | No. 2:16-cv-2604-KJM-CMK-P |
| Plaintiff, | |
| v. | **ORDER** |
| JOSHEPH BICK et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On January 23, 2018, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within a specified time. Objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the decision to deny plaintiff's requested injunctive relief is supported by the record, but limits its adoption of the Magistrate Judge's analysis to the basis identified below.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The court ADOPTS the findings and recommendations filed January 23, 2018, to the extent the denial of injunctive relief is based on the conclusion that the named defendants are not prison officials with power to carry out any requested action;

2. The court DECLINES to adopt the findings and recommendations to the extent the denial of injunctive relief is based on any other conclusion; and

3. The court DENIES plaintiff's motions for injunctive relief (Docs. 12, 14, 17, 20, 28).

DATED: March 19, 2018.

_____
UNITED STATES DISTRICT JUDGE