IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLAIM TUNSTALL, JR., | No. 2:16-CV-2604-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JOSEPH BICK, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time to file a fourth amended complaint pursuant to the court's September 13, 2019, order. Good cause appearing therefor, plaintiff's motion is granted. Plaintiff may file a fourth amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: December 16, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1