IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM TUNSTALL, JR., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH BICK, et al., <br><br> Defendants. | No. 2:16-CV-2604-KJM-DMC-P <br><br><br> ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On October 13, 2022, Defendants filed a notice of the death of Plaintiff. See ECF No. 161. Subsequent to that filing, the Court became aware following inquiry by staff to the prison that Plaintiff may have living next of kin. Within 30 days of the date of this order, counsel for Defendants shall file a report on the status of providing notice to any next of kin. Given Plaintiff's death, the pending motions for a court order regarding access to Plaintiff's legal papers, ECF No. 151, and for the appointment of counsel, ECF No. 160, are denied as moot.

   IT IS SO ORDERED.

Dated: December 20, 2022

                _____
                DENNIS M. COTA
                UNITED STATES MAGISTRATE JUDGE