IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBER WILLIAM TUNSTALL, JR., | No. 2:16-CV-2604-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JOSEPH BICK, et al., | |
| Defendants. | |

Plaintiff, who was a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. For the reasons explained in the accompanying findings and recommendations issued herewith, and on the Court's own motion, the findings and recommendations issued on July 1, 2022, ECF No. 144, are hereby VACATED.

IT IS SO ORDERED.

Dated: August 3, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1